**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
RACHAEL MANCUSO,                                    :
                                                    :
           Plaintiff,                              :      21-CV-0989 (LJL)
                                                    :
         -against-                               :      **ORDER**
                                                    :
L'OREAL USA, INC., et al.,                          :
                                                    :
          Defendants.                             :
                                                    :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Section VII of the undersigned's Individual Practices in Civil Cases requires **each party** to submit an Ex Parte Settlement Conference Summary Form and Letter to Chambers at Wang_NYSDChambers@nysd.uscourts.gov no later than **seven (7)** days before a Settlement Conference, unless otherwise directed by the Court. Further, on May 26, 2021, the undersigned issued a Scheduling Order scheduling an in-person Settlement Conference for **July 21, 2021 at 2:30 p.m.** and directing the parties to submit their Ex Parte Settlement Conference Summary Forms and Letters by **July 14, 2021**. Defendants emailed their Ex Parte Settlement Conference Form and Letter to Chambers on July 14, 2021 and copied Plaintiff's counsel on the email. To date, however, Plaintiff's counsel has neither submitted any Settlement Conference Summary Form or Letter nor requested an extension to the July 14, 2021 submission deadline.

Accordingly, Plaintiff (through counsel) is hereby **ORDERED** to email her Ex Parte Settlement Conference Summary Form and Letter to Wang_NYSDChambers@nysd.uscourts.gov no later than **July 20, 2021 at 5:00 p.m**. Plaintiff's failure to submit such materials or participate in the Settlement Conference in good faith and in accordance with the undersigned's Individual

Practices may result in the undersigned deeming Judge Liman's Order of Reference (ECF 28) to be closed and recommending that Judge Liman dismiss the case for failure to prosecute.

Alternatively, if the parties reach a settlement in principle, Plaintiff shall file a letter by **July 20, 2021 at 5:00 p.m.** stating that the parties have settled and requesting that the Court cancel the July 21, 2021 Settlement Conference.

**SO ORDERED.**

Dated: July 19, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge